**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DARRHELL CHARLES,**

    **Plaintiff,**

    **v.**
                            **Civil Action 2:26-cv-149**
                                **Judge Algenon L. Marbley**

**JOSEPH B. EDLOW,**
                                **Magistrate Judge Chelsey M. Vascura**
*Director of U.S. Citizenship and*
*Immigration Services,*

    **Defendant.**


## ORDER

    This matter is before the Court on the parties' Joint Motion to Hold Case in Abeyance (ECF No. 12). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **AUGUST 4, 2026**. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE AUGUST 4, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                   /s/ *Chelsey M. Vascura*
                                   CHELSEY M. VASCURA
                                   UNITED STATES MAGISTRATE JUDGE